# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas G. Plummer | | |
| | Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC | | |
| | Movant | |
| vs. | | NO. 14-13103 AMC |
| Thomas G. Plummer | | |
| | Debtor | |
| William C. Miller Esq. | | |
| | Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Andrew F. Gornall, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of Nationstar Mortgage LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on October 10, 2014, by first class mail, and/or electronic means upon those listed below:

Debtor
Thomas G. Plummer
420 Grape St.
Warminster, PA 18974

Attorney for Debtor
Tudor Mihai Neagu, Esquire
Tudor Neagu
9637 Bustleton Ave.
Philadelphia, PA 19115

Trustee
William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: October 10, 2014

**/s/ Andrew F. Gornall, Esquire**
Andrew F. Gornall, Esquire
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322