## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Thomas G. Plummer | | CHAPTER 13 |
| | Debtor | |
| Nationstar Mortgage LLC | Movant | |
| vs. | | NO. 14-13103 AMC |
| Thomas G. Plummer | Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this ____ day of November, 2014 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Automatic Stay of all proceedings, as provided under Section 362 and 1301 of the Bankruptcy Reform Act of 1979 (The Code), 11 U.S.C. Sections 362 and 1301 (if applicable), is granted and modified with respect to the subject premises located at 420 Grape Street, Warminster, PA 18974 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, ~~in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.~~ Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

cc: See attached service list

Thomas G. Plummer
420 Grape St.
Warminster, PA 18974

Tudor Mihai Neagu, Esquire
Tudor Neagu
9637 Bustleton Ave.
Philadelphia, PA 19115

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532