IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| THOMAS G. PLUMMER | : | BK. NO. 14-13103-AMC |
| | : | |
| Debtor | : | Hearing Date: February 17, 2015 |
| | : | 10:00 AM |
| | : | Courtroom 5 |

**ORDER OF THE COURT**

AND NOW, to wit, this _____ day of _March_, 2015, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtor's Automatic Stay is reinstated as to Real Property located at 420 Grape St., Warminster, PA 18974.

_____
J.