United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-13103-amc
Thomas G. Plummer                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2              Date Rcvd: May 15, 2019
                            Form ID: 138NEW          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db              +Thomas G. Plummer,    420 Grape St.,    Warminster, PA 18974-4710
13289436        +BUCKS CO DOMESTIC RELATIONS,    ENFORCEMENT UNIT,    30 E COURT ST,    Doylestown, PA 18901-4319
13289439        +Chase Bank One Card,    PO Box 15298,    Wilmington, DE 19850-5298
13289440        +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
13289441        +Discover Bank,   C/O Counsel,    Francis X. Grimes, Esq.,    804 West Ave.,
                  Jenkintown, PA 19046-2831
13289447        +HSBC BANK,    PO BOX 5253,    Carol Stream, IL 60197-5253
13289448       ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE LLC,    350 HIGHLAND DR,    Lewisville, TX 75067)
13289450        +Ocwen Loan Servicing, LLC,    3451 HAMMOND AVE,    Waterloo, IA 50702-5345
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:58     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:18:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:09:02     GE Capital Retail Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13289438        +E-mail/Text: bankruptcy@cavps.com May 15 2019 08:18:28     CAVALRY PORTFOLIO SVCS,
                  500 SUMMIT LAKE DRSTE 4A,    Valhalla, NY 10595-2323
13307485        +E-mail/Text: bankruptcy@cavps.com May 15 2019 08:18:28     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13289443         E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20     DISCOVER FINCL SVC LLC,
                  PO BOX 15316,   Wilmington, DE 19850
13289442         E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20     Discover Bank,    12 Reads Way,
                  New Castle, DE 19720
13307088         E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13289444        +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:09:02     GECRB/GE MONEY DC,
                  PO BOX 965005,    Orlando, FL 32896-5005
13289445        +E-mail/Text: ally@ebn.phinsolutions.com May 15 2019 08:17:18     GMAC Mortgage,
                  PO Box 9001719,    Louisville, KY 40290-1719
13289451         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:09:11
                  PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    Norfolk, VA 23502
13385494         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:09:10
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13311090         E-mail/PDF: rmscedi@recoverycorp.com May 15 2019 08:07:26
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13289437*       +Bucks Co Domestic Relations,    ENFORCEMENT UNIT,    30 E COURT ST,    Doylestown, PA 18901-4319
13289446*       +GMAC Mortgage,    PO Box 9001719,    Louisville, KY 40290-1719
13289449*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE LLC,    350 HIGHLAND DR.,    Lewisville, TX 75067)
13356773*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    PO Box 630267,
                  Irving, Texas 75067)
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: May 15, 2019
                              Form ID: 138NEW          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              TUDOR MIHAI NEAGU    on behalf of Debtor Thomas G. Plummer tudorescue@gmail.com,
               tudorescue2@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thomas G. Plummer
        Debtor(s)                                        Bankruptcy No: 14−13103−amc
                                                         Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                     900 Market Street
                                          Suite 400
                                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                             For The Court
                                                                Timothy B. McGrath
                                                                   Clerk of Court

Dated: 5/14/19

                                                                                                                                           78 − 77
                                                                                                  Form 138_new