United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-13103-amc
Thomas G. Plummer                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda          Page 1 of 1          Date Rcvd: Jun 14, 2019
                             Form ID: 225          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db            +Thomas G. Plummer,   420 Grape St.,   Warminster, PA 18974-4710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:08    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:32:47
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:58    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                     TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   NATIONSTAR MORTGAGE LLC paeb@fedphe.com
          ANDREW F GORNALL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          TUDOR MIHAI NEAGU   on behalf of Debtor Thomas G. Plummer tudorescue@gmail.com,
           tudorescue2@gmail.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                           TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                  Chapter: 13

      Thomas G. Plummer

Debtor(s)                                                         Case No: 14–13103–amc

_____

*ORDER*

      AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

      AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

      AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

      AND, the Debtor(s) has/have not filed the required statement and/or certifications,

      AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

      IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is *CLOSED, without the entry of an order of discharge*.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy
Court

6/14/19

82
Form 225