IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| THOMAS G. PLUMMER | : | BK. NO. 14-13103-AMC |
| | : | |
| | : | |
| Debtor | : | Hearing Date: 7/25/2019 @ 11:00 a.m. |
| | : | Courtroom 5 |

## NOTICE OF MOTION TO REINSTATE AUTOMATIC STAY

Thomas G. Plummer (the "Debtor"), *pro se*, has filed a Motion to Reopen Case and Request Discharge.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have an attorney in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Motion or you want the court to consider your views on the Motion, then prior to the date of hearing, you or your attorney must do all of the following:

    a. File an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for your filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy to the Debtor:

Thomas Plummer
T: (610) 420-0045
420 Grape St.
Warminster, PA 18974

E: tudorescue@gmail.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the **Honorable Ashley M. Chan** on **July 25, 2019** at **11:00 a.m.**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107, **courtroom #5**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which a witness may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one has filed an answer.

Respectfully submitted,

Dated: July 1, 2019

_Thomas H. Plummer_

Thomas G. Plummer
*Debtor*