*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Thomas G. Plummer
    Debtor(s)

Case No: 14−13103−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

Debtor's Motion to Reopen Case and Request Discharge

on: 8/6/19

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 7/8/19

For The Court

Timothy B. McGrath
Clerk of Court

88 − 85
Form 167