UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Chapter 13 |
| Thomas Plummer | : |
| | : Bankruptcy No. 14-13103-AMC |
| | : |
| Debtor | : |

# ORDER

**AND NOW**, this 6th day of August, 2019, upon consideration of the Debtor's unopposed Motion to Reopen ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED.**

_____
Ashely M. Chan
United States Bankruptcy Judge